| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial)<br>SEAY, FRANK H | 2. Court or Organization<br>US DISTRICT COURT-EASTERN | 3. Date of Report<br>05/15/04 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>U.S. DISTRICT JUDGE-SENIOR STA | 5. ReportType (check appropriate type)<br>◯ Nomination, Date<br>◯ Initial  ◉ Annual  ◯ Final | 6. Reporting Period<br>01/01/03<br>to<br>12/31/03 |
| 7. Chambers or Office Address<br>EASTERN DISTRICT OF OKLAHOMA<br>UNITED STATES COURTHOUSE<br>MUSKOGEE, OK 74402-0828 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAY 17 10 25 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2003 | TEACHER-RETIRED |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| SEAY, FRANK H | 05/15/04 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | SEAY, FRANK H | 05/15/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | — | | | | | |
| 1. 1/64 WI IN OLIP, MCGIRT & DIXON, HUGHES COUNTY, OK | C | Royalty | J | W | | | | | |
| 2. 1/64 WI IN MCCASLIN #1 & #2, SEMINOLE COUNTY, OK | C | Royalty | J | W | | | | | |
| 3. 1/27 WI IN BOYD #2, HUGHES COUNTY, OK | A | Royalty | J | W | | | | | |
| 4. 1/20 WI IN BE #1 & #2, HUGHES COUNTY, OK | A | Royalty | J | W | | | | | |
| 5. 1/32 ORRI IN OLIPHANT #2, HUGHES COUNTY, OK | A | Royalty | J | W | | | | | |
| 6. 1/20 WI IN KAMPERMAN, HUGHES COUNTY, OK | A | Royalty | J | W | | | | | |
| 7. 1/40 WI IN ENNIS #1-25, SEMINOLE COUNTY, OK | | None | J | W | | | | | |
| 8. 1/40 WI IN HM #2, HUGHES COUNTY, OK | A | Royalty | J | W | | | | | |
| 9. 1/64 WI IN BULL PASTURE, SEMINOLE COUNTY, OK | | None | J | W | | | | | |
| 10. PRODUCING MIN INT-WILLACY CT, TX APPRAISAL 3-29-89 | C | Royalty | J | Q | | | | | |
| 11. 1/64 WI IN BULL #1, SEMINOLE COUNTY, OK | A | Royalty | J | W | | | | | |
| 12. 1/64 WI IN COWBOYS-HUGHES, COUNTY, OK | A | Royalty | J | W | BUY | 7/31 | J | | COLUMBUS OIL CO. |
| 13. 1/64 WI IN RED MOUND PROSPECT, SEMINOLE, OK | | None | J | T | BUY | 10/3 | J | | STRATAVIEW OPERATING |
| 14. 1/64 WI IN RED MOUND PROSPECT, SEMINOLE, OK | | None | | | SELL | 10/3 | J | A | DRY-HOLE |
| 15. NON-PROD MIN INT-GARVIN, POTT & SEM CT, OK APPRAISAL 3-29-89 | | None | J | Q | | | | | |
| 16. 1/64 WI IN JOHN W #1, SEMINOLE COUNTY, OK | D | Royalty | J | W | | | | | |
| 17. SALOMON SMITH BARNEY MANAGED MUNI FUNDS | B | Dividend | | | SELL | 8/11 | L | A | |
| 18. CD'S, SAVINGS & DEMAND DEPOSIT, BANCFIRST, SEMINOLE | B | Interest | M | T | TRANSF | 8/11 | L | A | FRM SAL-SB-EDJ |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| SEAY, FRANK H | 05/15/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. EDWARD D. JONES ACCOUNT | | | | -- | | | | | |
| 20. -EDJ CD FIRST USA BANK NA WILMINGTON DE | A | Interest | | | REDEMPTION | 3/3 | K | A | |
| 21. -EDJ-CD FIRST BANK PR SAN JUAN | A | Interest | K | T | BUY | 3/4 | K | | |
| 22. -EDJ-CD FIRST BANK PR SAN JUAN | A | Interest | | | REDEMPTION | 6/12 | K | A | |
| 23. -EDJ-HARTFORD ADVISERS FD MUTUAL FUNDS | A | Dividend | J | T | BUY | 12/23 | J | | |
| 24. -EDJ-PANAMSAT-STOCK | | None | J | T | | | | | |
| 25. -EDJ-VAN KAMPEN EMERGING GRTH CL C | | None | J | T | | | | | |
| 26. -EDJ-WATSON PHARMACEUTICALS STOCK | A | DIVIDEND | | | SELL | 12/18 | J | A | |
| 27. -EDJ-SONOFI SYNTHELABO SPON | | None | J | T | BUY | 12/23 | J | | |
| 28. (X)METLIFE WHOLE LIFE POLICY | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | | | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | SEAY, FRANK H | 05/15/04 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

PART VII #18.  SALOMON SMITH BARNEY MANAGED MUNI FUNDS WERE SOLD AND CD FROM FIRST BANK SAN JUAN WAS REDEEMED AND PROCEEDS WERE DEPOSITED INTO EXISTING ACCOUNT AT BANCFIRST.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____   Date _5/9/2004_

NOTE: ANY ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ LY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544